UHNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LEXON INSURANCE COMPANY,

Plaintiff,

-v-

PRECISION ELECTRICAL SERVICES, LLC et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5562 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 7, 2026, Plaintiff filed an Amended Complaint. *See* ECF No. 13. In doing so, however, it failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiff shall file a redline no later than **July 15, 2026.**

SO ORDERED.

Dated: July 8, 2026
New York, New York

JESSE M. FURMAN
United States District Judge