UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LEXON INSURANCE COMPANY,

Plaintiff,

-v-

PRECISION ELECTRICAL SERVICES, LLC et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5562 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 16, 2026 Order, ECF No. 23, Plaintiff was required to file proof of service of the Order no later than 3 business days from the date of that Order. To date, Plaintiff has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 25, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: September 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge