UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEXON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>PRECISION ELECTRICAL SERVICES, LLC et al.,<br><br>Defendants. | : | 26-CV-5562 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 28, 2026 Order, ECF No. 29, Plaintiff was required to file a motion for default judgment no later than October 29, 2026. As the Court made clear in its initial September 16, 2026 Order, Plaintiff was required to "its motion for default judgment, not merely its request for a Clerk's Certificate of Default, by the above deadline." ECF No. 23. To date, Plaintiff has filed only its request for a Clerk's Certificate of Default, rather than its motion for default judgment. As a courtesy, the deadline to file a motion for default judgment is hereby EXTENDED, *nunc pro tunc*, to **November 6, 2026.** Failure to file a motion for default judgment by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JESSE M. FURMAN
United States District Judge