TLGGR
TORRE, LENTZ, GAMELL,
GARY & RITTMASTER, LLP

100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702
Tel: (516) 240-8900
Fax: (516) 240-8950
www.tlggr.com

Mark S. Gamell
mgamell@tlggr.com

November 3, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Lexon Insurance Company v. Precision Electrical Services, LLC, Joseph M. Wilson, and Nicole Faye Wilson;* Case No. 26-cv-5562
Request For Extension of Time to Complete Default Procedures

Dear Judge Furman:

We represent the plaintiff Lexon Insurance Company in the captioned action. We thank your Honor for granting the previous extensions of time for Lexon to complete its default judgment filings in this action, but, for the reasons set forth below, we write to respectfully request an additional ten (10) day extension of time, from November 6, 2026 to November 16, 2026, to complete the default procedures set forth in your Honor's Order entered October 30, 2026 (ECF 32).

As this Court is aware, the summons and complaint were personally served on defendants located in Idaho on August 27, 2026. However, since then, defendants have been able to avoid service by mail of all other court filings by failing to have a United States Post Office recognized mail receptacle at their address. Consequently, we have arranged for personal service of all legal documents by the local Sheriff, which has proven to be time consuming.

Additionally, we were advised by the default judgment clerk on October 29, 2026 that our Certificate of Default filed on September 18, 2026 was not yet entered because our request was not filed under the correct ECF event. We therefore promptly refiled the Certificate of Default documents, but they, too, were rejected. We re-filed this morning and await the Clerk's Certificate of Default.

Accordingly, we hereby respectfully request a further time extension to November 16, 2026 to complete the process set forth in your Honor's Order, which will require service in-hand for each filing made.

Thank you for your continued consideration.

Respectfully submitted,

Mark S. Gamell

MSG:fm

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

November 4, 2026